## UNITED STATES DISTRICT COURT
### Southern District of Indiana

| | |
|---|---|
| ELI LILLY AND COMPANY )<br>　　　　　Plaintiff(s), )<br> )<br>　vs. ) CASE NO. 1:14–cv–02008–JMS–MJD<br> )<br>SANDOZ INC. )<br>　　　　　Defendant(s) ) | |

### ORDER OF RECUSAL/DISQUALIFICATION

　　In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

　　IT IS SO ORDERED.


DATE: December 8, 2014　　　　 　s/　Magistrate Judge Mark J. Dinsmore
　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　Southern District of Indiana