IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-CV-2008-TWP-DKL |
| | ) |
| SANDOZ INC., | ) |
| | ) |
| Defendant. | ) |

**SANDOZ INC.'S NOTICE OF EXTENSION OF TIME TO ANSWER COMPLAINT**

Pursuant to S.D. Ind. L.R. 6.1(b), Defendant Sandoz Inc. ("Sandoz") notifies the Court as follows:

1. Plaintiff Eli Lilly and Company ("Eli Lilly") served its complaint on Sandoz by certified mail on December 15, 2014. Thus, the deadline for Sandoz to file an answer or other responsive pleading is January 5, 2015.

2. Counsel for Eli Lilly has consented to Sandoz's request for a 14-day extension of time to file an answer or other responsive pleading to the complaint.

3. This is the first extension of time sought by Sandoz for responding to the complaint.

4. This extension does not interfere with scheduled hearings or other case deadlines, and the Case Management Plan has not yet been entered in this matter.

5. Pursuant to S.D. Ind. L.R. 6.1(b), the date on which Sandoz must respond to the complaint is automatically enlarged by 14 days, up to and including January 20, 2015, without the need for an order of the Court.

**WHEREFORE**, Sandoz notifies the Court and all parties that its deadline for filing an answer or other response to the complaint is extended to January 20, 2015.


Dated: December 18, 2014

Respectfully submitted,

*/s/ Ralph J. Gabric*
Ralph J. Gabric
Laura A. Lydigsen (*pro hac vice* to be filed)
BRINKS GILSON & LIONE
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611
(312) 321-4200
rgabric@brinksgilson.com

*Attorneys for Defendant Sandoz Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of December, 2014, a true and correct copy of the foregoing has been electronically filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

Jan M. Carroll, No. 4187-49
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
jan.carroll@btlaw.com

Bruce R. Genderson
Adam L. Perlman
Ellen E. Oberwetter
Dov P. Grossman
David M. Krinsky
Andrew V. Trask
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
bgenderson@wc.com
aperlman@wc.com
eoberwetter@wc.com
dgrossman@wc.com
dkrinsky@wc.com
atrask@wc.com

Attorneys for Plaintiff Eli Lilly and Company

Dated: December 18, 2014

Respectfully submitted,

*/s/ Ralph J. Gabric*
Ralph J. Gabric
BRINKS GILSON & LIONE
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611
(312) 321-4200
rgabric@brinksgilson.com

*Attorney for Defendant Sandoz Inc.*